**United States Bankruptcy Court**
**District of Puerto Rico**

**IN RE:**                                    Case No. _____

NAZARIO MARQUEZ, JASON                 Chapter 13
                      Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 8/23/2010                         ☐ AMENDED PLAN DATED: _____
   ☑ PRE ☐ POST-CONFIRMATION             Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 150.00 x 36 = $ 5,400.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 5,400.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 5,400.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,794.00

Signed: **/s/ JASON NAZARIO MARQUEZ**
        Debtor

_____
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☑ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
             ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

**OTHER PROVISIONS:** (*Executory contracts; payment of interest to unsecureds, etc.*)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR WILL PAY ARREARS WITH RESIDENTIAL LEASE TO MR. LUIS T TORRENT SIERRA & SONIA COLON THROUGH THE PLAN.

Attorney for Debtor Jose Prieto                            Phone: (787) 607-2066

**CHAPTER 13 PAYMENT PLAN**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE NAZARIO MARQUEZ, JASON                                    Case No. _____
                    Debtor(s)

# CHAPTER 13 PAYMENT PLAN
**Continuation Sheet - Page 1 of 1**

|  | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | LUIS F TORRENT SIERRA | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: romoj              Page 1 of 1              Date Rcvd: Aug 24, 2010
Case: 10-07666                Form ID: pdf001          Total Noticed: 19

The following entities were noticed by first class mail on Aug 26, 2010.
db           JASON NAZARIO MARQUEZ,    CALLE 53 A BLOQ 2 H 12,    URB LOMAS DE CAROLINA,    CAROLINA, PR   00987
smg          DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
smg          FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
smg          PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
              SAN JUAN, PR   00918
smg         +US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
3052139     +Afni, Inc.,    Po Box 3097,    Bloomington, IL 61702-3097
3052140     +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
3052142     +CITICAPITAL,    P O BOX 45129,    JACKSONVILLE, FL 32232-5129
3052141     +Cingular,    Po Box 192830,    San Juan, PR 00919-2830
3052143     +Claro,    Po Box 360998,    San Juan, PR 00936-0998
3052144     +Dish Network,    P.O. Box 9008,    LITTLETON, CO 80160
3052145     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
3052146      Intlhom Prod,    Gpo Box 3885,    San Juan, PR  00936
3052147     +LUIS F TORRENT SIERRA/ SONIA COLON,    UU17   CALLE YUNQUESITO,    LOMAS DE CAROLINA,
              CAROLINA, PR 00987-8125
3052149     +Midland Credit Mgmt,    8875 Aero Dr,    San Diego, CA 92123-2251
3052150      T-mobile,    P.O. Box 37380,    Albuquerque, NM  87176-7380
3052152      Zales,    P O BOX 653054,    DALLAS, TX  75265-3054

The following entities were noticed by electronic transmission on Aug 24, 2010.
3052148        +E-mail/Text: resurgentbknotifications@resurgent.com                              Lvnv Funding Llc,
                 Po Box 740281,    Houston, TX 77274-0281
3052151        +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2010 19:08:30      WALMART,    P O BOX 981400,
                 EL PASO, TX 79998-1400
                                                                                                 TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 26, 2010**                    **Signature:** _Joseph Speetjens_