# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> **JASON NAZARIO MARQUEZ** <br><br> DEBTOR | CASE NO.: 10-07666 BKT <br><br> CHAPTER 13 |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

    **COMES NOW** attorney José L. Jiménez Quiñones and in accordance with Rule 9019(b) of the Federal Rules of Bankruptcy Procedure appears herein representing creditor LUIS F. TORRENT SIERRA and COSNIA COLON SANTANAin the present case and respectfully requests, as legal counsel for said creditor(s), to be included in its Master Address List and to be notified of all documents, motions, and pleadings filed with the Court, as well as of all orders, judgments and resolutions entered and filed in the above captioned case.

    **RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 11th day of September, 2010.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this same date I electronically filed the foregoing document with the Clerk of the Bankruptcy Court using the CM/ECF system, which will send notification of such filing to Debtor(s), the US Trustee and to all CM/ECF participants.

    **s/JOSÉ L. JIMÉNEZ QUIÑONES**
USDC 203808
JIMENEZ QUINONES LAW OFFICES
268 AVE. PONCE DE LEON, STE. 1118
SAN JUAN, PR 00918-2007
Tel. 787-282-9009  Fax 1-866-326-9416
jimenezlawoffice@gmail.com

Attorney for creditor(s):
Luis F. Torrent Sierra/Sonia Colón Santana