# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br>**JASON NAZARIO MARQUEZ** <br>Debtor <br><br>LUIS F. TORRENT SIERRA and SONIA COLON SANTANA <br>Movants <br><br>VS. <br><br>JASON NAZARIO MARQUEZ <br><br>JOSE R. CARRION MORALES, Chapter 13 Trustee <br>Respondents | CASE NO. 10-07666 (BKT) <br><br>CHAPTER 13 |

## MOTION REQUESTING THAT STAY BE LIFTED
## PURSUANT TO 11 U.S.C. 362

**TO THE HONORABLE COURT:**

COME NOW, LUIS F. TORRENT and SONIA COLON, holders of an unsecured claim for defaulted unexpired residential lease agreement against debtor's estate and Movants herein, through the undersigned attorney, show the Court as follows:

1. Debtor filed a bankruptcy petition under chapter 13 on August 23, 2010.

2. Movants are holders in due course of a duly executed residential lease agreement over the following real property:

> **Apartment unit located at Lomas de Carolina Urbanization, UU-17 Calle Yunquecito (back part), Carolina, Puerto Rico 00987. It consists of two bedrooms, one bathroom, living room, kitchen with cabinets, stove, extractor, refrigerator, window screens, and a water tank-heater (all delivered in good conditions at the time the lease agreement was executed).**

See document attached as Exhibit I.

3. The lease agreement mentioned above was executed on February 5, 2010.

4. The term of the lease agreement is for one (1) year, starting on February 5, 2010, therefore, it is was unexpired at the time of filing the petition for relief and remains unexpired as of this date.

5. At the time of filing of the petition debtor showed pre-petition arrears on the monthly rent payments in the amount of $1,725.00 or three months. As of this date, debtor failed to cure said arrears and failed to make the post petition payment on its due date, still accrued.

6. Debtors non compliance with the Bankruptcy Code requirements is in fact causing undue harm to Movants' rights as owner and lessor of a residential real property with a defaulted unexpired lease agreement and unsecured claim holder herein.

7. Consequently, Movants seek the relief of the stay order, since their interest over the property mentioned in averment number two (2) is being harmed by the continued possession and use by the debtor without receiving payments as entitled by law.

8. As a result of such arrears, debtor is indebted to Movants, in post-petition payments in the amount of $975.00 which includes one (1) monthly rent, late charge, legal fees ($250) and costs ($150) incurred over the same.

9. Debtor defaulted the terms of the unexpired lease agreement as well as the proposed chapter 13 plan, all which constitute enough "cause" to request the relief from the stay order pursuant with the provisions set forth 11 U.S.C. Section 362 (d)(1) and (h)(1).

**WHREFORE**, Movants very respectfully request from the Honorable Court to enter an order for relief of the automatic stay, to order the unexpired lease terminated, and instruct the debtor to surrender the possession of the leased apartment to Movants forthwith, or authorize

Movants to continue with the eviction proceedings stayed in the local Commonwealth Court of First Instance upon the filing for bankruptcy relief.

**NOTICE TO ALL PARTIES** is hereby given that if no opposition is filed within fourteen (14) days from the service of notice of the instant motion the Court may enter an order granting the relief of the automatic stay, any other remedy as requested that it may deem appropriate.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to: **JOSE M. PRIETO CARBALLO**, Esq., Attorney for Debtor; **JOSE R. CARRION MORALES**, Esq., Chapter 13 Trustee and that we have sent copy of this document through regular mail to Debtor, **JASON NAZARIO MARQUEZ**, CALLE 53 A BLOQ 2 H 12, URB LOMAS DE CAROLINA CAROLINA, PR 00987.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 22nd day of September, 2010.

s/José L. Jiménez Quiñones
JOSE L. JIMENEZ QUINONES
USDC-PR 203808
260 AVE PONCE DE LEON
SUITE 1118
SAN JUAN, PR 00918-2008
TEL. (787) 282-9009
FAX 1 (866) 326-9416
jljimenez11@gmail.com

-----------------------------------CONTRATO DE ARRENDAMIENTO-----------------------------------

-----En la ciudad de Carolina, Puerto Rico, el tres   (5 ) día del mes de febrero del año dos mil diez (2010).-----------------------------------

-----------------------------------COMPARECEN-----------------------------------

-----DE UNA PARTE: LUIS FERNANDO TORRENT Y SONIA COLON, mayor de edad, casados, propietarios y vecinos de Carolina, Puerto Rico; de ahora en adelante denominados como "EL ARRENDADOR".-----------------------------------

-----DE OTRA PARTE: JASON NAZARIO, mayor de edad, empleada, y vecina de Carolina, Puerto Rico, con número de seguro social 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 Y AILEEN RIVERA, mayor de edad con numero de seguro social 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, de ahora en adelante denominado/a como "EL ARRENDATARIO".-----------------------------------

-----Y habiendo las partes acordado el otorgamiento de un contrato de arrendamiento, lo llevan a cabo y acuerdan bajos los siguientes:-----------------------------------

-----------------------------------HECHOS Y ACUERDOS-----------------------------------

-----1. Que la parte **ARRENDADORA** es dueña de la siguiente propiedad:Apartamento localizado en la Calle Yunquecito UU-17,parte trasera , Lomas de Carolina, Carolina, Puerto

Rico, el cual consta de dos cuartos dormitorios, un baño, sala, cocina que incluye gabinetes de cocina, estufa, extractor y nevera , terraza, escrines y un calentador de agua de tanque(todo este equipo en buenas condiciones).

-----2. Que interesado EL ARRENDATARIO en adquirir el arrendamiento de la propiedad antes descrita y aceptando EL ARRENDADOR concederle el mismo, por la presente lo formalizan y llevan a cabo, bajos las siguientes: -------------------------------

-----------------------------CLAUSULAS Y CONDICIONES-----------------------------

-----PRIMERA: **LA PARTE ARRENDADORA** da y cede en calidad de arrendamiento a favor de la **PARTE ARRENDATARIA** y ésta acepta y toma en tal el concepto la propiedad descrita en el expositivo PRIMERO de este contrato y la misma no podrá vender o sub-arrendar sin la autorización de la **ARRENDADORA**. -------------------------------

-----SEGUNDA: El término de la **Renovación** de este Contrato es un (1) año, comenzando el 5 de febrero del 2010; el mismo puede ser terminado por cualquiera de las partes con la debida notificación por adelantado.

-----TERCERA: EL canon de arrendamiento es la cantidad de $550.00 mensuales, pagados por adelantado. Una vez pasado ese término, sin que se haya satisfecho el canon pactado **LA PARTE ARRENDATARIA** incurrirá en mora. De **LA PARTE ARRENDATARIA** incurrir en mora se obliga a pagar una penalidad de VEINTICINCO DOLARES ($25.00).-------------------------------

-----CUARTA: **LA PARTE ARRENDATARIA** recibe la propiedad arrendada en perfecto estado de conservación, habilidad, uso, limpieza y se obliga a devolverla en el mismo estado, salvo el natural deterioro por el uso y el que las inclimencias del tiempo ha de producir. **EL ARRENDATARIO** entrega a la firma de este contrato una fianza de $550.00 y el primer mes pagado por adelantado por $550.00. La fianza sera devuelta luego que se inspeccione el apartamento al finalizar el contrato y se estipule que todo el equipo esta en

perfectas condiciones tal cual se les entrego.------------

-------- ----------------------

-----QUINTA: **EL ARRENDATARIO** podrá retirar las mejoras realizadas en la propiedad arrendada siempre y cuando no se cause menoscabo a la propiedad, sin que el **ARRENDADOR** venga obligado a pagar cantidad alguna o hacerce responsable por deuda alguna a causa de dichas mejoras.. ------------------

-----SEXTA : El **ARRENDADOR** no será responsable de daño alguno que sufra o pueda sufrir alguna persona en la propiedad arrendada por causa del incumplimiento del **ARRENDATARIO** de su obligación de mantener la propiedad en estado de uso, utilización, limpieza o conservación. Tampoco responderá por daños de cualquier índole que puedan sufrir los familiares, amigos o invitados del **ARRENDATARIO**.

-----SEPTIMA: Dos (2) meses de atraso e incumplimiento en el pago serán razón justificada para ACCION DE DESAHUCIO, obligándose LA PARTE ARRENDATARIA a pagar los gastos en que incurra EL ARRENDADOR para cualquier acción judicial y/o trámites de abogado.

------OCTAVO: LA PARTE ARRENDATARIA notificará inmediatamente a EL ARRENDADOR cualquier acción o desperfecto en el apartamento.

-----NOVENA: Al vencimiento del término del presente contrato **EL ARRENDATARIO** entregará **AL ARRENDADOR** la propiedad arrendada en buen estado de conservación y limpieza y todas las llaves de la propiedad, en o antes de dicha fecha, removerá toda propiedad mueble. La que no fuere así removida, se reputará abandonada y podrá **EL ARRENDADOR** disponer de la misma según convenga a sus intereses, sin notificación alguna de su parte y sin obligación de rendir cuentas. **EL ARRENDATARIO** pagará los



gastos que se incurran en la remoción, venta, almacenaje, destrucción y otras disposiciones de dicha propiedad.

-----DECIMA: EL ARRENDATARIO tiene que notificar AL ARRENDADOR, con al menos treinta (30) días de anticipación al vencimiento del presente contrato, su intención de renovar o no el Contrato de Arrendamiento de Inmueble para uso residencial. ----------------------------------------
--------------------------------------------------------------------------------------------------

------------------------------------------ACEPTACION----------------------------------------------

-----Los otorgantes expresan su conformidad con todas las cláusulas, estipulaciones y condiciones de este contrato de arrendamiento aceptándolo en todas sus partes en el mismo día de su otorgamiento. -----------------------------------------------------------------

_____          _____
"EL ARRENDADOR"                           "EL ARRENDATARIO"

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE CAROLINA

| | |
|---|---|
| LUIS F. TORRENT SIERRA Y SONIA COLÓN Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR ESTOS<br>**Demandantes**<br>vs.<br>JASON NAZARIO Y AILLEN RIVERA Y LA SOCIEDAD LEGAL DE GANACIALES COMPUESTA POR ESTOS<br>**Demandados** | CASO NÚM.: FPE 2010-0798 (407)<br><br>SOBRE: DESAHUCIO Y COBRO DE DINERO |

## DEMANDA

**AL HONORABLE TRIBUNAL:**

**COMPARECE** la parte demandante de epígrafe, el señor Luis F. Torrent Sierra y la señora Sonia Colón y la Sociedad Legal de Gananciales compuesta por estos por conducto de la abogada que suscribe y muy respetuosamente **EXPONE, ALEGA Y SOLICITA:**

1. En el presente caso el señor Luis F. Torrent y la señora Sonia Colón, y la Sociedad Legal de Gananciales en calidad de arrendadores y el señor Jason Nazario y la señora Aillen Rivera, y en representación de la Sociedad Legal de Gananciales en calidad de arrendatarios, suscribieron un contrato de arrendamiento el día 5 de febrero de 2010.

2. La propiedad arrendada se encuentra ubicada en la Urbanización Lomas de Carolina UU-17, Calle Yunquesito en Carolina, Puerto Rico.

3. Que la renta mensual para la vivienda objeto del contrato es pagadera por mensualidades adelantadas de quinientos cincuenta dólares ($550.00).

4. Además, conforme al contrato de arrendamiento conforme a las Cláusulas y Condiciones, la parte arrendataria se compromete a pagar por penalidad la cantidad de $25.00 por mora.

5. La parte demandada adeuda a la parte demandante la suma de $1,725.00 por concepto de cánones de arrendamiento y mora, correspondiente a los meses de junio, julio y agosto de 2010.

6. Dicha suma es líquida, vencida y exigible y no ha sido pagada a pesar de los requerimientos que a tal efecto se le han realizado.

7. La parte demandante se acoge al procedimiento sumario dispuesto por la Regla 60 de Procedimiento Civil, vigentes.

8. Que según la cláusula Séptima del contrato suscrito entre los arrendadores y arrendatarios, será causa justificada para el desahucio el atraso en dos pagos y el incumplimiento en el pago.

9. Muy respetuosamente se le solicita a este Honorable Tribunal a que se le ordene el pago total de la deuda de $1,725.00 más el pago de $1,500.00 de honorarios de abogado y el pago de los gastos legales.

10. Al momento que estamos radicando la presente acción existe una deuda líquida y exigible por parte de los demandados a favor del señor Luis F. Torrent y la señora Sonia Colón y exigimos el cumplimiento del pago de esta deuda.

11. Conforme se ha señalado antes es este escrito los demandados incumplieron el contrato de arrendamiento que suscribieron, y por tal razón se da por terminado el contrato, quedando obligados éstos a pagar lo que adeudan y a desalojar la propiedad.

12. Le solicitamos muy respetuosamente a este Honorable Tribunal, que se le ordene a los demandados, que desalojen la propiedad arrendada y paguen la cantidad adeudada, en concepto de renta; se le imponga el pago de las costas, gastos del litigio y una suma de $1,500.00 en honorarios de abogado y se decrete como terminado el contrato de arrendamiento por incumplimiento de la parte demandada.

**POR TODO LO CUAL** se solicita muy respetuosamente de este Honorable Tribunal que dicte sentencia declarando **CON LUGAR** la presente demanda de Desahucio; decrete el desahucio de los demandados, con todo apercibimiento de lanzamiento si no se desocupa la propiedad dentro del término dictado por ley; se les ordene el pago de $1,725.00 dólares de la deuda y mora por cánones adeudados; se le imponga el pago a la parte demandada de las costas del litigio y gastos del pleito y una suma razonable por concepto de honorarios de abogado que estimamos en $1,500.00 y emita cualquier otro pronunciamiento que en derecho proceda.

RESPETUOSAMENTE SOMETIDA.

En Carolina, Puerto Rico hoy 11 de agosto de 2010.

LCDA. NYDIA E. RODRÍGUEZ
Número RUA 6211
Colegiada número 7346
PO Box 4155
Carolina, Puerto Rico 00984-4155
Tel. (787) 649-3863   Fax (787) 889-1789
E-mail:nribot@hotmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**JASON NAZARIO MARQUEZ**<br>**Debtor**<br><br>LUIS F. TORRENT SIERRA and SONIA COLON SANTANA<br>**Movants**<br><br>**VS.**<br><br>**JASON NAZARIO MARQUEZ**<br><br>**JOSE R. CARRION MORALES, Chapter 13 Trustee**<br>**Respondents** | CASE NO. 10-07666 (BKT)<br><br>CHAPTER 13 |

## STATEMENT OF ARREARS

Debtor:   JASON NAZARIO MARQUEZ
Case No.: 10-07666 (BKT)
Re:        Residential Lease Agreement - 1 year term (2/25/2010 to 2/14/2011)

Pre-petition Arrears:

| | | | | | |
|---|---|---|---|---|---|
| June, July, and August, 2010 | 3 | @ | $ 550.00 | = | $ 1,650.00 |
| Late charges | 3 | @ | $ 25.00 | = | $ 75.00 |
| | | | Sub-Total | | $ 1,725.00 |

Post-petition Arrears:

| | | | | | |
|---|---|---|---|---|---|
| September, 2010 | 1 | @ | $550.00 | = | $ 550.00 |
| Late charges | 1 | @ | $ 25.00 | = | $ 25.00 |
| | | | Sub-Total | | $ 775.00 |

Attorney Fees                                                          $ 250.00
Filing Fee:                                                            $ 150.00

TOTAL POST PETITION ARREARS &
OTHER CHARGES/COSTS                                                    $ 1,175.00

TOTAL PRE & POST PETITION ARREARS & COSTS                              $ 2,900.00

*[signature]*

I, LUIS F. TORRENS SIERRA, of legal age, married, lessor and resident of Carolina, Puerto Rico, hereby CERTIFY under penalty of perjury that the foregoing Statement of Arrears is true and correct to the best of my knowledge and believe.

In San Juan, Puerto Rico, this 22nd day of September, 2010.

*[signature]*

LUIS F. TORRENS SIERRA
Urb. Lomas y Mansiones de Carolina
UU-16 Calle Yunquecito
Carolina, PR 00987
(787) 762-3056

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-07666 (BKT) |
|---|---|
| JASON NAZARIO MARQUEZ<br>Debtor | CHAPTER 13 |
| LUIS F. TORRENT SIERRA and SONIA COLON SANTANA<br>Movants | |
| VS. | |
| JASON NAZARIO MARQUEZ | |
| JOSE R. CARRION MORALES, Chapter 13 Trustee<br>Respondents | |

## MOTION REQUESTING THAT STAY BE LIFTED PERSUANT TO 11 U.S.C. 362

**TO THE HONORABLE COURT:**

Comes now, **LUIS F. TORRENT SIERRA** and **SONIA COLON SANTANA,** herein Movants and holders of an unsecured claim from an unexpired lease agreement and creditors herein, and submit to the Honorable Court the following declaration:

I, LUIS F. TORRENT SIERRA, by myself and in representation of my spouse SONIA COLON SANTANA, Movants, declare under penalty of perjury, the following:

That according to the enclosed certification, provided by Department of Defense Manpower Data Center (DMDC), debtor is not on active military nor in the military service and does not fall within the Service Member Civil Act of 2003.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, September 22, 2010.

*[signature]*
LUIS F. TORRENT SIERRA
UU 16 CALLE YUNQUECITO
URB. LOMAS Y MANSIONES DE CAROLINA
CAROLINA, PR 00987
TEL. (787) 762-3056

Department of Defense Manpower Data Center        Sep-22-2010 07:46:41



Military Status Report
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| NAZARIO | JASON | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

---

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:4I1TQFE6O2