# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: JASON NAZARIO MARQUEZ

Bkrtcy. No. 10-07666-BKT
Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Aug 23, 2010
Meeting Date: Sep 24, 2010
DC Track No. 12

Days from petition date: 32
Meeting Time: 10:00 AM

910 Days before Petition: 2/25/2008
☐ Chapter 13 Plan Date: Aug 23, 2010 Dkt.# 2
☐ Amended.

This is debtor(s) 1st Bankruptcy petition.
Plan Base: $5,400.00

This is the 1st Scheduled Meeting
Confirmation Hearing Date: Oct 15, 2010
Time: 2:30 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. 2645
Date: 9-24-2010
Amount: $150.00
Total Paid In: $0.00

### I. Appearances:
☐ Telephone ☐ Video Conference
☑ Creditor(s) present: ☐ None.
Lic Jimenez — Luis F. Torrens

☑ Debtor Present ☑ ID & Soc. OK ☐ Debtor Absent
☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☑ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☑ Present ☐ Not Present
☐ Substitute attorney: ☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: JOSE PRIETO CARBALLO*
Total Agreed: $3,000.00  Paid Pre-Petition: $206.00  Outstanding: $2,794.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under ☑ Above Median Income.
Liquidation Value: 0
Commitment Period is ☐ 36 ☑ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: NO POOL

70% The Trustee ☐ RECOMMENDS ☑ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: _____

### V. Trustee's OBJECTIONS to Confirmation:
☐ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
DEBTOR WILL AMEND VOLUNTARY PETITION TO CLARIFY MAILING AND PHYSICAL ADDRESS. MOTION PENDING FILED BY LUIS F. TORRENS (362) PLAN WILL BE AMENDED TO INCREASE THE NUMBER OF MONTHS (60)

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Sep 24, 2010