P.R. LBF F

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

---

In re:

**JASON NAZARIO MARQUEZ**

Debtor(s)

**LUIS F. TORRENT SIERRA AND
SONIA COLON SANTANA**

Movant(s)

**JASON NAZARIO MARQUEZ and Jose R.
Carrion Morales, as Chapter 13 Trustee**

Respondent(s)

CASE NO. **10-07666** (BKT)
Chapter **13**

INDEX

---

### NOTICE OF MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. § 362

To the above named respondent(s):  **JOSE R. CAARIRON MORALES, POR BOX 9023884,
SAN JUAN, PR 00902-3884**

You are hereby notified that on DECEMBER 15, 2010, the above named movant (s) filed a Motion Seeking Relief from the Automatic Stay under 11 U.S.C. § 362.

Service of the motion and notice must be made within three (3) days after issuance of the motion. A certificate of service must be filed forthwith, but no later than seven (7) days after the service is done. If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) days from issuance.

You must file an answer to the motion within fourteen (14) days from the service of this notice, and serve such answer upon movant or his attorney: **JOSE L JIMENEZ QUINONES, ESQ.**, whose address is: **JIMENEZ QUINONES LAW OFFICE, P.S.C., 268 AVE. PONCE DE LEON, STE. 1118, SAN JUAN P.R. 00918-2007.**

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

If a timely answer is filed, then __JAN 18 2011__ at __9:00__ a.m./p.m. at the United States Bankruptcy Court, U.S. Post Office and Courthouse Bldg., 300 Recinto Sur St., 3rd. Floor, Courtroom # 3, Old San Juan, PR, is fixed as the time and place for the preliminary and/or final hearing on such motion.

**CELESTINO MATTA-MENDEZ, CLERK**
United States Bankruptcy Court

By: _____

Date of Issuance: __DEC 23 2010__

P.R. LBF F

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:

JASON NAZARIO MARQUEZ

    Debtor(s)

LUIS F. TORRENT SIERRA AND
SONIA COLON SANTANA

    Movant(s)

JASON NAZARIO MARQUEZ and Jose R.
Carrion Morales, as Chapter 13 Trustee

    Respondent(s)

CASE NO. 10-07666 (BKT)
Chapter 13

INDEX

### NOTICE OF MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. § 362

To the above named respondent(s): JASON NAZARIO MARQUEZ, CALLE 53 A BLOQ 2 H 12, URB. LOMAS DE CAROLINA, CAROLINA PR 00987.

You are hereby notified that on DECEMBER 15, 2010, the above named movant (s) filed a Motion Seeking Relief from the Automatic Stay under 11 U.S.C. § 362.

Service of the motion and notice must be made within three (3) days after issuance of the motion. A certificate of service must be filed forthwith, but no later than seven (7) days after the service is done. If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) days from issuance.

You must file an answer to the motion within fourteen (14) days from the service of this notice, and serve such answer upon movant or his attorney: **JOSE L JIMENEZ QUINONES, ESQ.**, whose address is: **JIMENEZ QUINONES LAW OFFICE, P.S.C., 268 AVE. PONCE DE LEON, STE. 1118, SAN JUAN P.R. 00918-2007.**

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

If a timely answer is filed, then __JAN 1 8 2011__ at _9:00_ a.m./p.m. at the United States Bankruptcy Court, U.S. Post Office and Courthouse Bldg., 300 Recinto Sur St., 3rd. Floor, Courtroom # 3, Old San Juan, PR, is fixed as the time and place for the preliminary and/or final hearing on such motion.

CELESTINO MATTA-MENDEZ, CLERK
United States Bankruptcy Court

By: _[signature]_

Date of Issuance: DEC 23 2010

P.R. LBF F

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:

JASON NAZARIO MARQUEZ

Debtor(s)

LUIS F. TORRENT SIERRA AND
SONIA COLON SANTANA

Movant(s)

JASON NAZARIO MARQUEZ and Jose R.
Carrion Morales, as Chapter 13 Trustee

Respondent(s)

CASE NO. 10-07666 (BKT)
Chapter 13

INDEX

### NOTICE OF MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. § 362

To the above named respondent(s): JASON NAZARIO MARQUEZ, 11220 EVANS TRAIL, APT T3, BELTSVILLE, MD 20705

You are hereby notified that on DECEMBER 15, 2010, the above named movant (s) filed a Motion Seeking Relief from the Automatic Stay under 11 U.S.C. § 362.

Service of the motion and notice must be made within three (3) days after issuance of the motion. A certificate of service must be filed forthwith, but no later than seven (7) days after the service is done. If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) days from issuance.

You must file an answer to the motion within fourteen (14) days from the service of this notice, and serve such answer upon movant or his attorney: JOSE L JIMENEZ QUINONES, ESQ., whose address is: JIMENEZ QUINONES LAW OFFICE, P.S.C., 268 AVE. PONCE DE LEON, STE. 1118, SAN JUAN P.R. 00918-2007.

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

If a timely answer is filed, then __JAN 1 8 2011__ at _9:00_ a.m./p.m. at the United States Bankruptcy Court, U.S. Post Office and Courthouse Bldg., 300 Recinto Sur St., 3rd. Floor, Courtroom # 3, Old San Juan, PR, is fixed as the time and place for the preliminary and/or final hearing on such motion.

CELESTINO MATTA-MENDEZ, CLERK
United States Bankruptcy Court

By: _/s/_

Date of Issuance: DEC 2 3 2010